IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HSI ELECTRIC, INC., | ) | CIVIL 05-00705 SOM-KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| HUNTCO, LLC., | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 28, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that Default Judgment be Entered," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; October 18, 2006.



_____
Susan Oki Mollway
United States District Judge

cc: all parties of record

cc: all parties of record